IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.:     **07-cv-02716-AP**

**GREGORY JACQUOT,**

                              Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                              Defendant.

---

## AMENDED ORDER

---

Defendant's Unopposed Motion for Remand (doc. #17), filed June 27, 2008, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant

to sentence four of 42 U.S.C. § U.S.C. § 405(g).  It is

FURTHER ORDERED that, upon remand, this case shall be assigned to an Administrative

Law Judge who did not consider the case before appeal

Dated  this 7th  day of July, 2008.

                              BY THE COURT:


                              *S/John L. Kane*
                              THE HONORABLE JOHN L. KANE
                              United States District Judge