IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-2716-AP**

**GREGORY A. JACQUOT,**

                    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                    Defendant.

---

## ORDER

---

Kane, J.

        The Unopposed Motion for Attorney Fees Under EAJA, (doc. #22), filed July 29,

2008, is **GRANTED**.  In consideration thereof, it is

        **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney

fees in the amount of **$5,510.40**.

        Dated at Denver, Colorado, this 31th day of July, 2008.

                                        BY THE COURT:


                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT